IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO: 09-53269K |
| Aaron Lewald Cleary § | | |
| Lupita Adame King-Cleary § | | |
| DEBTOR(S) § | | CHAPTER 13 |

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Debtor (so denominated whether individual or joint), and files this, Response to Trustee's Motion to Dismiss.

I.

There is no need to file a modification as the balance of the Debtors' case is $725.10 and they shall remit that amount prior to the time of the hearing.

II.

By way of further response, if such be required, Debtor denies that grounds exist for the dismissal of Debtor's Chapter 13 case and demands proof thereof.

PRAYER

Wherefore, premises considered, Debtor requests the Court deny the Trustee's Motion to Dismiss.

Respectfully submitted,

**MALAISE LAW FIRM**
909 NE Loop 410, Suite 300
San Antonio, Texas 78209
Telephone: (210) 732-6699
Telecopier: (210) 732-5826
By:_____
J. Todd Malaise, SBN 00796984
David C. Werner, SBN 00797651
Kristina L. Gonzales, SBN 24065306
Steven G. Cennamo, SBN 04045600
**ATTORNEYS FOR DEBTOR**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on December 12, 2014, service of a copy of the attached has been accomplished by **CM/ECF to Mary K. Viegelahn, Chapter 13 Trustee**, and by first class mail, postage paid, or hand delivered to the parties in interest listed below and to all parties listed on the attached mailing matrix.

Aaron Lewald Cleary
122 Salvria Pl
Port Lavaca, TX 77979


Lupita Adame King-Cleary
122 Salvria Pl
Port Lavaca, TX 77979


U.S. Trustee
615 E. Houston St., Rm 533
San Antonio, Texas 78205

_____
J. Todd Malaise
David C. Werner
Kristina L. Gonzales
Steven G. Cennamo

EBE

09-53269-rbk Doc#65 Filed 12/15/14 Entered 12/15/14 19:09:42 Main Document Pg 3 of 5

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 09-53269-rbk<br>Western District of Texas<br>San Antonio<br>Thu Dec 11 17:46:45 CST 2014 | United States Trustee (SMG513)<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | United States Trustee - SA12 12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 |
| U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 | AMCA Collection Agency<br>2269 S. Saw Mill River Road, Building 3<br>Elmsford, NY 10523-3848 | Accounts Receivable Management<br>P O Box 129<br>Thorofare, NJ 08086-0129 |
| Allied Interstate<br>3000 Corporate Exchange Dr<br>Fifth Floor<br>Columbus, OH 43231-7689 | Applied Card Bank<br>Attention: General Inquiries<br>PO Box 17125<br>Wilmington, DE 19850-7125 | Aqua Finance<br>1 Corporate Cove, Ste 300<br>Wausau, WI 54401-1724 |
| Aqua Finance<br>PO Box 844<br>Wausau, WI 54402-0844 | Ashley Funding Services LLC its successors a<br>assigns as assignee of Laboratory Corp<br>of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Associated Recovery Systems<br>P.O. Box 469046<br>Escondido, CA 92046-9046 |
| Attorney General of the US<br>Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0009 | Baptist Health System<br>PO Box 848333<br>Dallas, TX 75284-8333 | Bexar County<br>c/o Don Stecker<br>711 Navarro Suite 300<br>San Antonio, TX 78205-1749 |
| CPS Energy<br>P. O. Box 2678<br>San Antonio, Texas 78289-0001 | Clinical Pathology Laboratories, Inc<br>P.O. Box 141669<br>Austin, TX 78714-1669 | Cmre Financial Services Inc<br>3075 E Imperial Hwy<br>Suite 200<br>Brea, CA 92821-6753 |
| Collection<br>Attn: Bankrutpcy Department<br>PO Box 10587<br>Greenville, SC 29603-0587 | Drive Financial<br>Attn: Bankruptcy Department<br>PO Box 562088<br>Dallas, TX 75356-2088 | First Premier Bank<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 |
| Gary S. Gossen, MD<br>PO Box 798<br>San Antonio, TX 78293-0798 | HSBC Auto Finance<br>Bankruptcy Notices<br>PO Box 17909<br>San Diego, CA 92177-7909 | HSBC Auto Finance (f/k/a Household Auto Fina<br>P.O. Box 201347<br>Arlington, TX 76006-1347 |
| HSBC Auto Finance (f/k/a Household Auto Fina<br>P.O. Box 60130<br>City Of Industry, CA 91716-0130 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | James D. Coffee<br>Attorney at Law<br>9846 Lorene<br>San Antonio, TX 78216-4438 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LCA Collections<br>P.O. Box 2240<br>Burlington, NC 27216-2240 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| Litton Loan Servicing BK Dept<br>PO Box 829009<br>Dallas, TX 75382-9009 | Litton Loan Servicing, LP.<br>PO BOX 829009<br>Dallas, TX 75382-9009 | Memorial Herman Hospital<br>P. O. Box 203197<br>Houston, TX 77216-3197 |
| Methodist Hospital<br>P.O. Box 99400<br>Louisville, KY 40269-0400 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Midland Credit Mgmt<br>8875 Aero Dr   Ste 200<br>San Diego, CA 92123-2255 |
| NCEP, LLC<br>PO Box 165028<br>Irving, TX 75016-5028 | NCEP, LLC<br>by AIS Data Services, LP as agent<br>Department 233<br>PO BOX 4457<br>Houston, TX 77210-4457 | National Auto Finance<br>PO Box 130156<br>Roseville MN 55113-0002 |
| National Auto Finance Company<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | Natl A Fin<br>P O Box 1762<br>Greeley, CO 80632-1762 | Ocwen Loan Servicing<br>c/o Mackie Wolf & Zientz, P.C.<br>14180 N. Dallas Parkway #660<br>Dallas, TX 75254-7308 |
| Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 | Ocwen Loan Servicing, LLC<br>ATTN: CASHIERING DEPARTMENT<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409-6493 | Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>P.O. BOX 24605<br>West Palm Beach, FL 33416-4605 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541-1067 | Pinnacle Financial Group<br>7825 Washington Ave. S., Ste. 410<br>Minneapolis, MN 55439-2409 | Plaza Associates<br>P.O. Box 18008<br>Hauppauge, NY 11788-8808 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard/Charter<br>POB 2208<br>Vacaville, CA 95696-8208 | RJM Acquistions Funding LLC<br>575 Underhill Ave, # 224<br>Syosset, NY 11791-3416 |
| Receivables Performance Management<br>P.O. Box 1548<br>Lynnwood, WA 98046-1548 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Redline Recovery Services, LLC<br>95 John Muir Dr.<br>Amherst, NY 14228-1144 |
| SANTANDER CONSUMER USA<br>P.O Box 961245<br>Ft. Worth, TX 76161-0244 | SANTANDER CONSUMER USA<br>PO BOX 560284<br>DALLAS TX 75356-0284 | SAWS<br>P. O. Box 2990<br>San Antonio, Texas 78299-2990 |
| Salute/utb<br>Pob 105555<br>Atlanta, GA 30348-5555 | San Antonio Endoscopy Center<br>8550 Datapoint<br>San Antonio, TX 78229-3270 | Santander Consumer<br>PO Box 660633<br>Dallas, TX 75266-0633 |

```
(p)SPRINT NEXTEL CORRESPONDENCE      The San Antonio Orthopaedic Group      US Attorney's Office
ATTN BANKRUPTCY DEPT                 Po Box 2516                            601 NW Loop 410, Ste 600
PO BOX 7949                          San Antonio, TX 78299-2516             San Antonio, TX 78216-5597
OVERLAND PARK KS 66207-0949


VA Regional Office                   West Asset                             West Asset Management
Office of District Counsel           2703 N Highway 75                      2703 N Highway 75
2515 Murworth Drive                  Sherman, TX 75090-2567                 Sherman, TX 75090-2567
Houston, TX 77054-1603


Wildhorse Homeowners Association, Inc.   Aaron Lewald Cleary                J. Todd Malaise
c/o Spectrum Association Mgmt., LP       122 Salvria Pl                    909 NE Loop 410, Suite 300
17319 San Pedro, Suite 318               Port Lavaca, TX 77979-4938        San Antonio, TX 78209-1315
San Antonio, TX 78232-1443


J. Todd Malaise02                    J. Todd Malaise03                      Lupita Adame King-Cleary
Malaise Law Firm                     Malaise Law Firm                       122 Salvria Pl
909 NE Loop 410, Suite 300           909 NE Loop 410, Suite 300             Port Lavaca, TX 77979-4938
San Antonio, TX 78209-1315           San Antonio, TX 78209-1315


Mary K Viegelahn
Chapter 13 Trustee
10500 Heritage Blvd Suite 201
San Antonio, TX 78216-3631
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service             Jefferson Capital Syst                 (d)Jefferson Capital Systems LLC
P.O. Box 21126                       16 Mcleland Rd                         PO BOX 7999
Philadelphia, PA 19114               Saint Cloud, MN 56303                  SAINT CLOUD MN 56302-9617


(d)Jefferson Capital Systems LLC     Portfolio Rc                           (d)Portfolio Recovery Associates, LLC
PO BOX 7999                          Attn: Bankruptcy                       P.O. Box 41067
ST CLOUD MN 56302-9617               120 Corporate Blvd Suite 100           Norfolk, VA 23541
                                     Norfolk, VA 23502


Sprint Nextel Correspondence         (d)Sprint Nextel Distribution          End of Label Matrix
Attn Bankruptcy Dept                 Attn: Bankruptcy Dept                  Mailable recipients    72
PO Box 7949                          P.O. Box 3326                          Bypassed recipients     0
Overland Park KS 66207-0949          Englewood, CO 80155-3326               Total                  72
```