**DEBTOR(S) QUESTIONNAIRE UPON COMPLETION OF PLAN**
**PAYMENTS IN BANKRUPTCY # 09-53269 K    CLEARY**

**CIRCLE THE CORRECT ANSWERS**

1.  YES/NO       I/We have completed an instructional course concerning personal financial management described in 11 U.S.C. § 111 provided by the following entity:

    STANDING
    Chapter 13 Trustee          OR    _____
    909 N.E. Loop 410, Suite 400      _____
    San Antonio, TX 78209-0000        _____

2. YES/NO        I/We have not received a discharge in a Chapter 7, 11 or 12 bankruptcy case within 4-years of the date I/We filed this Chapter 13 bankruptcy.

3. YES/NO       I/We have not received a discharge in another Chapter 13 bankruptcy case within 2-years of the date I/We filed this Chapter 13 bankruptcy.

4. YES/NO       Did you elect to use state exemptions? If yes then the following two questions must be answered.

    YES/NO    a.   I/We did not have either at the time of filing this bankruptcy or at the present time, equity in excess of $125,000.00 ($250,000.00 if married filing jointly) in the type of property described in 11 U.S.C. §522(p)(1) [generally your homestead]

    YES/NO    b.   There is not currently pending any proceeding in which I [in an individual case] or either of us [in a joint case] may be found guilty of a felony (A felony is an offense punishable by a minimum term of imprisonment of more than one year) of the kind described in 11 U.S.C. §522(q)(1)(A) (circumstances of the felony demonstrated that the filing was an abuse of the bankruptcy code) or liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B) (violation of the Federal or State Securities Laws or regulations or orders issued thereunder; fraud, deceit or manipulation in a position of trust in connection with the purchase or sale of certain registered securities; civil remedies under the racketeering statute; or criminal acts, intentional civil injuries, or willful or reckless misconduct causing serious physical injury or death to another in the preceeding 5 years.)

5. YES/NO    a.   I/We have been required by judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101(14A) (a debt owed to or recoverable by a spouse, former spouse, or child or the child's parent or legal guardian, or a government unit, for alimony, maintenance or support of those persons/entities, that was established by a separation agreement, divorce decree, property settlement, order of a court or, where applicable, a governmental entitiy) either before this bankruptcy was filed or at any time after the filing of this bankruptcy.

**IF THE ANSWER TO 5.a IS YES, THEN ALL OF THE FOLLOWING QUESTIONS MUST BE COMPLETED/ANSWERED**

RECEIVED
FEB 09 2015
CHAPTER 13 TRUSTEE
SAN ANTONIO

YES/NO      b.      I/We certify that prior to the date of the Questionnaire I/We have paid all amounts due under any domestic support obligation [as defined in 11 U.S.C. §101(14A)] required by a judicial or administrative order, or by statute including amounts due before this bankruptcy was filed, to the extent provided for by the plan. The name and address of each holder of a domestic support obligation are as follows:

    (NAME) _____
    (ADDRESS) _____
    _____

c.      My/Our most recent address is as follows:

    (ADDRESS) _____
    _____
    _____

d.      The name and address of my/our most recent employer(s) is as follows:

    (NAME) _____
    (ADDRESS) _____
    _____

e.      The following creditors hold a claim that is not discharged under 11 U.S.C. §523(a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. §524(c) (if more than 2 attach a continuation sheet):

    (NAME) _____

    (NAME) _____

I/We acknowledge that all of the statements contained herein are true and accurate. The Court may rely on the truth of each of these statements in determining whether to grant me/us a discharge in this Chapter 13 Bankruptcy case. The Court may revoke my discharge if the statements relied upon are not accurate. I/We declare under penalty of perjury that I/we have read the answers contained in the foregoing Declaration and that they are true and correct.

/s/_____      /s/_____
AARON LEWALD CLEARY                                LUPITA ADAME KING-CLEARY
Debtor                                                            Co-Debtor