**UNITED STATES BANKRUPTCY COURT**
**WESTERN DIVISION OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE:<br>AARON LEWALD CLEARY<br>LUPITA ADAME KING-CLEARY<br><br>**Debtors** | CASE NO: BKS-09-53269 K<br><br>CHAPTER 13 |

**TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT**

COMES NOW, Mary K. Viegelahn, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on August 26, 2009. The Court Confirmed Debtor's plan on November 9., 2009.

2. HOUSEHOLD AUTOMOTIVE FINANCE, (the "Creditor") filed a proof of claim in the above referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $14,791.99, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all known names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Creditor** | **Amount of Disbursement Check** |
|---|---|
| HOUSEHOLD AUTOMOTIVE FINANCE<br>P O BOX 961245<br>FT WORTH, TX 76161-0244 | $14,791.99 |

Respectfully submitted,

/s/ Mary K. Viegelahn

MARY K. VIEGELAHN
CHAPTER 13 STANDING TRUSTEE
10500 Heritage Blvd, Ste. 201
San Antonio, TX 78216
(210) 824-1460

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                                            CHAPTER 13

**AARON LEWALD CLEARY**
**LUPITA ADAME KING-CLEARY**

DEBTOR(S)                       CASE NO.: **09-53269 K**

**CERTIFICATE OF SERVICE**
-----------------------------------

I hereby certify that a true and correct copy of the attached document was served **February 20, 2019** by First Class Mail, upon the following:

  Debtor(s):
AARON LEWALD CLEARY
LUPITA ADAME KING-CLEARY
3816 LANDMARK DRIVE
MISSOURI CITY, TX 77459

  AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

| | |
|---|---|
| HOUSEHOLD AUTOMOTIVE FINANCE<br>P O BOX 961245<br>FT WORTH, TX 76161-0244 | Attorney For Debtor(s)<br>MALAISE LAW FIRM<br>909 NE LOOP 410 STE 300<br>SAN ANTONIO, TX 78209 |

/S/
_____
Mary K. Viegelahn
Chapter 13 Trustee