**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| In re:<br>AARON LEWALD CLEARY<br>LUPITA ADAME KING-CLEARY<br>Debtor(s) | Case No. 09-53269 K |

**CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT**

Mary K. Viegelahn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/26/2009.

2) The plan was confirmed on 11/09/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/19/2012, 10/21/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/10/2014.

5) The case was completed on 11/14/2018.

6) Number of months from filing to last payment: 111.

7) Number of months case was pending: 115.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $15,582.00.

10) Amount of unsecured claims discharged without payment: $7,826.14.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| **Receipts:** | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $73,250.00 | |
| Less amount refunded to debtor | $69.12 | |
| **NET RECEIPTS:** | | **$73,180.88** |

| **Expenses of Administration:** | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,250.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $6,216.73 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$10,466.73** |
| Attorney fees paid and disclosed by debtor: | $200.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| APPLIED CARD BANK | Unsecured | 1,481.00 | NA | NA | 0.00 | 0.00 |
| AQUA FINANCE | Unsecured | 7,000.00 | 9,372.63 | 0.00 | 0.00 | 0.00 |
| BAPTIST HEALTH SYSTEM | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| BAPTIST HEALTH SYSTEM | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Bexar County Tax Assessor Collector | Secured | NA | 5,320.42 | 5,320.42 | 0.00 | 0.00 |
| CITY PUBLIC SERVICE | Unsecured | 232.35 | NA | NA | 0.00 | 0.00 |
| CLINICAL PATHOLOGY LABORATOR | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERV INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERV INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Gary S. Gossen, MD | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| HCA | Unsecured | 1,366.00 | 1,643.09 | 1,643.09 | 1,643.09 | 5.31 |
| HCA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HCA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HCA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HCA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HCA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD AUTOMOTIVE FINANCI | Unsecured | 15,916.00 | 19,008.67 | 19,008.67 | 19,008.67 | 61.38 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,076.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 301.48 | 301.48 | 301.48 | 0.97 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 431.00 | 431.22 | 431.22 | 431.22 | 1.39 |
| LABORATORY CORP OF AMERICA | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| Memorial Herman Hospital | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | NA | 879.12 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 2,844.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL AUTO FINANCE | Unsecured | 15,022.00 | 15,703.09 | 15,703.09 | 15,703.09 | 50.70 |
| NCEP LLC BY AIS DATA | Secured | 19,502.00 | 15,000.00 | 11,444.35 | 11,444.35 | 2,185.74 |
| NCEP LLC BY AIS DATA | Unsecured | NA | 5,325.06 | 5,325.06 | 5,325.06 | 17.19 |
| OCWEN LOAN SERVICING LLC | Secured | 185,880.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 47,100.00 | 47,549.60 | 47,549.60 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 934.00 | 942.46 | 942.46 | 942.46 | 3.04 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 917.00 | 855.22 | 855.22 | 855.22 | 2.76 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PREMIER BANKCARD/CHARTER | Unsecured | 578.00 | 578.56 | 578.56 | 578.56 | 1.87 |
| PREMIER BANKCARD/CHARTER | Unsecured | 510.00 | 510.07 | 510.07 | 510.07 | 1.65 |
| RESURGENT CAPITAL SERVICES | Unsecured | 916.00 | 918.77 | 918.77 | 918.77 | 2.97 |
| RESURGENT CAPITAL SERVICES | Unsecured | 914.00 | 917.02 | 917.02 | 917.02 | 2.96 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,028.00 | 1,036.80 | 1,036.80 | 1,036.80 | 3.35 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 69.46 | 69.46 | 69.46 | 0.22 |
| SAN ANTONIO ENDOSCOPY CENTER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| SAN ANTONIO WATER SYSTEM | Unsecured | 221.79 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 1,004.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 685.12 | 685.12 | 685.12 | 2.21 |
| The San Antonio Orthopaedic Group | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| Wildhorse Homeowners Association, Inc. | Secured | 84.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,444.35 | $11,444.35 | $2,185.74 |
| All Other Secured | $52,870.02 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$64,314.37** | **$11,444.35** | **$2,185.74** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$48,926.09** | **$48,926.09** | **$157.97** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $10,466.73 |
| Disbursements to Creditors | $62,714.15 |
| **TOTAL DISBURSEMENTS:** | **$73,180.88** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/15/2019          By:/s/ Mary K. Viegelahn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**